COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR

Appellate case name:     Mark Hotze, Steven Hotze, Richard Hotze and Troika Partners, et al
                         v. David Hotze, Donna Hotze as Trustee, and Bruce Hotze

Appellate case number:   01-18-00039-CV

Trial court case number: 2016-36300

Trial court:             61st District Court of Harris County

Date motion filed:       August 30, 2018

Party filing motion:     Appellees, David Hotze, Donna Hotze as Trustee, and Bruce Hotze

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Jennifer Caughey
                         ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Higley and Caughey.

Justice Brown not participating.


Date:  September 26, 2018